ACCEPTED
12-14-00255-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
3/23/2015 1:41:16 PM
CATHY LUSK
CLERK

## NUMBER 12-14-00255-CR

| | | |
|---|---|---|
| **DENNIS MONTRELL BENDY** | § | **IN THE COURT OF APPEALS** |
| | § | |
| **v.** | § | **12TH JUDICIAL DISTRICT** |
| | § | |
| **THE STATE OF TEXAS** | § | **TYLER, TEXAS** |

12th COURT OF APPEALS
TYLER, TEXAS
3/23/2015 1:41:16 PM
CATHY S. LUSK
Clerk

## STATE'S FIRST MOTION FOR EXTENSION
## AND FOR LATE FILING OF BRIEF

TO THE HONORABLE COURT OF APPEALS:

Comes now the State of Texas and presents its first motion for an extension of time and for late filing of its brief in the above-captioned cause, showing the following facts and circumstances in support:

A. The case was originally disposed of by a jury trial in the 241st District Court of Smith County, Texas, the Honorable Jack Skeen Jr. presiding.

B. The trial court cause number was 241-1575-13, and the case was styled *The State of Texas v. Dennis Montrell Bendy*.

C. The jury found appellant guilty of the offense of murder as charged in the indictment, and the trial court assessed his punishment at confinement for life in the Texas Department of Criminal Justice—Institutional Division without a fine.

D. Appellant filed his brief on 19 February 2015. The State's Brief is due to be filed in this Court on or before 23 March 2015.

E. There has been one extension of time granted for the filing of appellant's brief and no previous extensions requested by or granted to the State.

F.  Pursuant to Rules 2, 10.5(b), and 38.6(d) of the Texas Rules of Appellate Procedure, the State is seeking the Court's indulgence on an extension of ten (10) days in order to allow the State an opportunity for timely filing its brief on or before 2 April 2015.

G. The facts relied on to support this request are as follows:

I, Aaron Rediker, the undersigned Assistant Criminal District Attorney, am one of the two attorneys assigned to the Appellate Division of the Smith County District Attorney's Office.  After receiving appellant's brief, I have had to take my attention away from the case to work on the following appellate and habeas matters:

1.  *Ex parte Porter*, Cause Number 114-0515-12-A, State's answer due 24 March 2015.

2. *Ex parte Rosales*, Cause Numbers 241-0232-00, 241-81580-99, 241-81581-99, 241-81582-99, 241-81583-99, and 241-81584-99, evidentiary hearing held on 20 March 2015.

3. *Agnew v. State*, No. PD-0145-15, State's reply due 24 March 2015.

4. *Ex parte Farmer*, Cause Number 241-0854-12-A, State's supplemental answer filed 13 March 2015.

5. *Ex parte Aishman*, Cause Number 114-1136-05-A, State's answer and request for designation of issues filed 10 March 2015.

6. *Rahman v. State*, No. 12-14-00225-CR, State's Brief filed 23 February 2015.

7. *Wiley v. State*, Number 12-14-00126-CR, State's Brief filed 20 February 2015.

H.  In addition to the cases listed above, I am regularly called upon to research issues arising at trial, answer questions from law enforcement, and to

represent the State in evidentiary hearings on applications for writs of habeas corpus.

I. Therefore, this motion is not being filed for purposes of delay, but to allow the State to timely respond to the arguments in appellant's brief. The State has a great interest in affirming the judgment of the 241st District Court in this case.

J. All facts recited in this motion not within the record or the Court's knowledge in its official capacity are within the personal knowledge of the undersigned attorney, and a verification is therefore not required under Rule 10.2 of the Texas Rules of Appellate Procedure.

WHEREFORE, PREMISES CONSIDERED, the State of Texas prays that this Court grant the foregoing motion and extend the time for filing its brief to 2 April 2015.

Respectfully submitted,

D. MATT BINGHAM
Criminal District Attorney
Smith County, Texas


/s/  Aaron Rediker
Aaron Rediker
Assistant District Attorney
SBOT #:  24046692
100 North Broadway, 4th Floor
Tyler, Texas 75702
Office:  (903) 590-1720
Fax:  (903) 590-1719 (fax)
arediker@smith-county.com

**CERTIFICATE OF COMPLIANCE**

Pursuant to Texas Rule of Appellate Procedure 9.4(i)(3), the undersigned attorney certifies that the word count for this document is 547 words as calculated by Microsoft Word 2010.

/s/  Aaron Rediker
Aaron Rediker

**CERTIFICATE OF SERVICE**

On 23 March 2015, a legible copy of the foregoing motion was sent by email to Austin R. Jackson, attorney for appellant, at jlawappeals@gmail.com.

/s/  Aaron Rediker
Aaron Rediker